Trust Beneficiaries Similarly Situated, Deposited with Said Trustees. SHELLEY BRAVERMAN, Respondent; CENTRAL HANOVER BANK AND TRUST COMPANY, Appellant.— Order directing disbursement of fund reversed on the law and proceeding dismissed, with costs. This proceeding for equitable relief was instituted by notice of motion and petition. The relief sought, and granted by the order under review, is such as may be granted only by a judgment in an action with all parties in interest properly before the court, and may not be obtained in this informal manner. The question of jurisdiction was sufficiently raised on the original application by the respondent, appellant, and was not waived. Those who invoke the powers of the court must do so by means of the procedure provided by the Legislature. If the plaintiff and those similarly situated are aggrieved, their remedy is by action, or in the pending action to foreclose the mortgage securing the bonds. Young, Hagarty, Carswell, Scudder and Davis, JJ., concur.

In the Matter of the Application of HENRY L. GOLDGRABEN, as Executor, etc., of ROSE GOLDGRABEN, Deceased, Respondent, to Discover Certain Property of Said Deceased, Claimed to be Withheld. SIDNEY B. GOLDGRABEN and Another, Appellants. (Appeal No. 1.) — Order of the Surrogate's Court of Queens county denying motion to vacate the decree and the order theretofore entered unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Tompkins, JJ.

In the Matter of the Application of HENRY L. GOLDGRABEN, as Executor, etc., of ROSE GOLDGRABEN, Deceased, Respondent, to Discover Certain Property of Said Deceased, Claimed to Be Withheld. SIDNEY B. GOLDGRABEN and Another, Appellants. (Appeal No. 2.) — Order of the Surrogate's Court of Queens county adjudging appellants in contempt unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Tompkins, JJ.

In the Matter of the Application of LOUISE LIVINGSTON JONES, Respondent, for the Appointment of a Committee of the Person and Property of JOSEPH JONES, an Alleged Incompetent Person. KATE JONES, Appellant.— Order confirming the findings of the jury and appointing a joint committee of the person and estate of the incompetent unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Tompkins, JJ.

In the Matter of the Application of JOSEPH F. MAFERA, Respondent, for a Peremptory Order of Mandamus against JAMES PASTA, as Commissioner of Parks of the Borough of Queens, Appellant.* — Peremptory mandamus order unanimously affirmed, with costs, as a matter of law and not in the exercise of discretion, on authority of *Matter of Fornara* v. *Schroeder* (261 N. Y. 363). Present — Lazansky, P. J., Young, Kapper, Tompkins and Davis, JJ.

In the Matter of JOHN O. NELSON, Appellant, for an Order of Mandamus against DEPARTMENT OF HOSPITALS and THE CITY OF NEW YORK, Respondents.† — Order denying motion for a mandamus order unanimously affirmed, with costs, in the exercise of discretion. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Tompkins, JJ.

In the Matter of the Application of HERBERT REINL, Respondent, for an Order of Mandamus against THE WESTCHESTER COUNTY PARK COMMISSION and Others, Appellants.— Order reversed on the law and the facts, with costs, and motion for an order of mandamus directing the appellants The Westchester County Park Commission and Jay S. Downer to reinstate the petitioner in the position of archi-

---

* Affd., 265 N. Y. 552.        † Appeal dismissed, 265 N. Y. 516.